JUNE 27, 1941

**No. 46148.**—Suit 4322.—.—*United States* v. *Frank P. Dow Co., Inc.* C. D. 299 reversed. C. A. D. 169.

BEFORE THE THIRD DIVISION, JULY 2, 1941

**No. 46149.**—Petition 6167–R of Geo. Wm. Rueff, Inc. (New Orleans).

Opinion by KEEFE, J. From the evidence presented it was found that the petitioner acted in good faith and without intention to conceal or misrepresent the facts. The petition was therefore granted.

**No. 46150.**—Petition 5919–R of T. Hofmann Olsen Export Lumber Co., Inc. (New Orleans).

Opinion by KEEFE, J. The petition was dismissed as not timely.

BEFORE THE FIRST DIVISION, JULY 3, 1941

**No. 46151.**—Protests 10677–K, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is wool hats, finished, similar to the wool hat bodies passed upon in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 46152.**—Petition 6061–R of Collin & Gissel (Ludwig Baer) (Galveston).

Opinion by OLIVER, P. J. The petition was dismissed.

**No. 46153.**—Protests 23384–K, etc., of DeLuxe Saddlery Co. et al. (Baltimore, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46154.**—Protests 43363–K, etc., of Loewengart & Co. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46155.**—Protests 952687–G, etc., of Marine Products Co. et al. (San Diego, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.